1  Dawniell Zavala (State Bar No. 253130)
2  HOLME ROBERTS & OWEN LLP
   560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email:     dawniell.zavala@hro.com
5
6  Attorneys for Plaintiffs,
   SONY BMG MUSIC ENTERTAINMENT;
7  UMG RECORDINGS, INC.; WARNER
   BROS. RECORDS INC.; and BMG MUSIC
8

E-filing

9             UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
10            _____ DIVISION

BZ

SONY BMG MUSIC ENTERTAINMENT, a    CASE NO. CV 08 3994
Delaware general partnership; UMG
RECORDINGS, INC., a Delaware corporation;    **CERTIFICATION OF INTERESTED**
WARNER BROS. RECORDS INC., a Delaware         **ENTITIES OR PERSONS**
corporation; and BMG MUSIC, a New York
general partnership,

              Plaintiffs,

       v.

JOHN DOE,
              Defendant.

---

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#39476 v1

1 | Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2 | associations of persons, firms, partnerships, corporations (including parent corporations) or other
3 | entities (i) have a financial interest in the subject matter in controversy or in a party to the
4 | proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5 | substantially affected by the outcome of this proceeding:

6 | Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership owned
7 | by USCO Holdings Inc., BeSo Holding LLC, Arista Holding, Inc., and Zomba US Holdings, Inc.,
8 | none of which is publicly traded. Its ultimate parents are Bertelsmann AG and Sony Corporation, the
9 | latter of which is publicly traded in the United States.

10 | Plaintiff UMG RECORDINGS, INC.'s ultimate parent corporation is Vivendi S.A., a
11 | publicly held French company.

12 | Plaintiff WARNER BROS. RECORDS INC.'s ultimate parent corporation is Warner Music
13 | Group Corp., which is publicly traded in the U.S.

14 | Plaintiff BMG MUSIC is a general partnership owned by SONY BMG MUSIC
15 | ENTERTAINMENT and Ariola Eurodisc LLC, neither of which is publicly traded.

Dated: August 21, 2008

HOLME ROBERTS & OWEN LLP

By _____
DAWNIELL ZAVALA
Attorney for Plaintiffs
SONY BMG MUSIC ENTERTAINMENT; UMG
RECORDINGS, INC.; WARNER BROS.
RECORDS INC.; and BMG MUSIC

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#39476 v1