| | |
|---|---|
| 1 | Dawniell Zavala (State Bar No. 253130) |
| 2 | HOLME ROBERTS & OWEN LLP |
|   | 560 Mission Street, 25th Floor |
| 3 | San Francisco, CA 94105-2994 |
|   | Telephone: (415) 268-2000 |
| 4 | Facsimile: (415) 268-1999 |
|   | Email: dawniell.zavala@hro.com |
| 5 | |
| 6 | Attorneys for Plaintiffs, |
|   | SONY BMG MUSIC ENTERTAINMENT; |
| 7 | UMG RECORDINGS, INC.; WARNER |
|   | BROS. RECORDS INC.; and BMG MUSIC |
| 8 | |

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
_____ DIVISION

BZ

SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; and BMG MUSIC, a New York general partnership,

　　　　　Plaintiffs,

　　v.

JOHN DOE,

　　　　　Defendant.

CASE NO. 08   3994

**[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY**

---

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY
Case No. _____
#39480 v1

1  Upon the Plaintiffs' Application for Leave to Take Immediate Discovery, the Declaration of
2  Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3  ORDERED that Plaintiffs may serve immediate discovery on University of California, Santa
4  Cruz to obtain the identity of Defendant by serving a Rule 45 subpoena that seeks documents that
5  identify Defendant, including the name, current (and permanent) address and telephone number, e-
6  mail address, and Media Access Control addresses for Defendant. The disclosure of this information
7  is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).
8  IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
9  the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
10 under the Copyright Act.

12     DATED: _____       By:_____
                                          United States District Judge

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY
Case No. _____
#39480 v1