AO 121 (6/90)

| TO: | REPORT ON THE |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Northern District of California |
|---|---|

E-filing  *BZ*

CV  08  3994

| DOCKET NO. | DATE FILED<br>August 21, 2008 | |
|---|---|---|

| PLAINTIFF<br>SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; WARNER BROS. RECORDS INC.; and BMG MUSIC | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT<br>REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|

| CLERK<br>RICHARD W. WIEKING | (BY) DEPUTY CLERK<br>THELMA NUDO | DATE<br>August 21, 2008 |
|---|---|---|

*U.S.G.P.O. 1982-374-279

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights    2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights    3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court    5) Case File Copy



# EXHIBIT A

## 169.233.44.26 2008-01-20 08:35:57 EST

| IP Address: 169.233.44.26 2008-01-20 08:35:57 EST | CASE ID# 156165331 |
|---|---|
| | |
| P2P Network: GnutellaUS | Total Audio Files: 1147 |

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Switchfoot | Meant to Live | The Beautiful Letdown | 347-967 |
| UMG Recordings, Inc. | Black Eyed Peas | Anxiety | Elephunk | 334-398 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Without You | Music Box | 178-631 |
| Warner Bros. Records Inc. | Green Day | Minority | Warning | 288-352 |
| UMG Recordings, Inc. | Black Eyed Peas | Bebot | Monkey Business | 378-166 |
| BMG Music | Usher | Bad Girl | Confessions | 354-784 |
| UMG Recordings, Inc. | Sum 41 | The Hell Song | Does This Look Infected? | 337-798 |